

Activity in Case MDL No. 2391 IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
02/27/2013 05:18 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 2/27/2013 at 8:18 AM EST and filed on 2/27/2013
**Case Name:**   IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation
**Case Number:**   [MDL No. 2391](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

**an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

| | |
|---|---|
| **Case Name:** | PARSONS v. BIOMET, INC. et al |
| **Case Number:** | PAE/5:13-cv-00714 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

| | |
|---|---|
| **Case Name:** | Bermes v. Biomet, Inc et al |
| **Case Number:** | ILN/1:13-cv-00983 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

| | |
|---|---|
| **Case Name:** | Milo v. Biomet, Inc. et al |
| **Case Number:** | FLM/2:13-cv-00098 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

**Case Name:**       Cavanaugh v. Biomet, Inc. et al
**Case Number:**     FLM/2:13-cv-00103
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

**Case Name:**       Krom v. Biomet, Inc. et al
**Case Number:**     NV/2:13-cv-00213
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.

Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)

| | |
|---|---|
| **Case Name:** | Gardberg v. Biomet, Inc. et al |
| **Case Number:** | NV/2:13-cv-00212 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13.** Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.

Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)

| | |
|---|---|
| **Case Name:** | West, et al v. Biomet, Inc., et al |
| **Case Number:** | WVS/6:13-cv-02217 |
| **Filer:** | |
| **Document Number:** | No document attached |

Page 6 of 8

Case 2:13-cv-00213-JCM-GWF   Document 5   Filed 02/27/13   Page 6 of 8

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

| | |
|---|---|
| **Case Name:** | Tucker v. Biomet, Inc. et al |
| **Case Number:** | TXS/4:13-cv-00322 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

**Case Name:** Haywood et al v. Biomet, Inc. et al
**Case Number:** CAN/3:13-cv-00534
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

**Case Name:** Bignault et al v. Biomet, Inc. et al
**Case Number:** GAS/2:12-cv-00206
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

| | |
|---|---|
| **Case Name:** | Dunson v. Biomet, Inc. et al |
| **Case Number:** | WVN/1:12-cv-00178 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-24) Finalized on 2/27/13. Please see pleading (4 in CAN/3:13-cv-00534, 3 in FLM/2:13-cv-00098, 3 in FLM/2:13-cv-00103, 3 in GAS/2:12-cv-00206, 4 in ILN/1:13-cv-00983, [308] in MDL No. 2391, 4 in NV/2:13-cv-00212, 4 in NV/2:13-cv-00213, 4 in PAE/5:13-cv-00714, 4 in TXS/4:13-cv-00322, 4 in WVN/1:12-cv-00178, 4 in WVS/6:13-cv-02217).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Indiana for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/27/2013.**

**Associated Cases: MDL No. 2391, CAN/3:13-cv-00534, FLM/2:13-cv-00098, FLM/2:13-cv-00103, GAS/2:12-cv-00206, ILN/1:13-cv-00983, NV/2:13-cv-00212, NV/2:13-cv-00213, PAE/5:13-cv-00714, TXS/4:13-cv-00322, WVN/1:12-cv-00178, WVS/6:13-cv-02217 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**